Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : :  CIVIL ACTION FILE NO. 25-cv-173-AA |
| Plaintiff, | : |
| v. | : |
| FINMAX SMART CAPITAL LLC | : |
| Defendant. | : |

## JOINT STATUS REPORT

The Parties[1] submit the following joint status report in response to the Court's July 1, 2025 Order (ECF No. 11). The parties apologize for missing the prior deadline, but have been making substantial progress on the case as explained below.

**(A) Plaintiff's Statement of the Status of the Case**

The parties conduct their 26(f) conference in March 25, 2025 and commenced discovery shortly thereafter. The Defendant's initial discovery responses indicated that they did not use pre-

---

[1] As will be explained in the forthcoming response to the Court's Show Cause Order, this content was approved by counsel for the Defendant, but he has not filed a pro hac motion and no signature block was ever provided by the Defendant for its currently appearing counsel despite repeated requests.

1 - JOINT STATUS REPORT

recorded messages as the Plaintiff alleged. However, a third-party subpoena response and affidavit from their vendor demonstrated that they did. The Defendant intends to supplement its discovery responses before the end of September and Sean O'Brien, co-counsel for the Defendant, intends to enter an appearance at some point in the next fourteen days.

The Plaintiff has provided a preliminary expert report that evaluated the pre-recorded calling records from the Defendant's vendor and identified tens of thousands of similar individuals who received such calls who had not provided their number to the Defendant. With this information, the parties are mediating this matter later this month.

**(B) Proposed scheduling deadlines:**

1. Amend Pleadings and Add Parties: October 31, 2025;

2. Initial Expert Disclosure Deadline: December 31, 2025;

3. Rebuttal Expert Deadline: January 28, 2026;

4. Discovery Cutoff: January 30, 2026

5. Dispositive Motions/Class Certification: February 27, 2026

Respectfully submitted

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

/s/ Sean M. O'Brien
Sean M. O'Brien (pro hac vice forthcoming)
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
T: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com