IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 25-cv-173-AA |
| Plaintiff, | : : | |
| v. | : : | |
| FINMAX SMART CAPITAL LLC | : : | |
| Defendant. | : : / | |

**Notice of Settlement**

The parties file this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file dismissal papers by February 27, 2026.

Dated: January 26, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*